**Dismissed and Memorandum Opinion filed June 13, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00063-CV

## BONG-BONG TINIO CENTENO, Appellant

### V.

## EDEN G. CENTENO, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1124120**

## MEMORANDUM OPINION

This is an appeal from a judgment signed January 16, 2019. The clerk's record was filed April 5, 2019. The reporter's record was filed March 26, 2019. No brief was filed.

On May 14, 2019, this court issued an order stating that unless appellant filed a brief on or before June 5, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Wise, Jewell, and Hassan.